Rel: February 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0609

Kevin Schlichting v. The Schlichting Family, L.L.C. (Appeal from Baldwin Circuit Court: CV-22-900462).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Wise, Mitchell, and McCool, JJ., concur.